1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY R.G. TURNER,

11          Plaintiff,                    No. CIV S-07-1861 FCD EFB P

12          vs.

13   YOLO COUNTY, et al.,

14          Defendants.           FINDINGS AND RECOMMENDATIONS

15   _____/

16          Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42

17   U.S.C. § 1983.  On December 4, 2007, the court issued an order dismissing plaintiff's complaint

18   with leave to amend within 30 days.  The court also instructed plaintiff to submit a certified copy

19   of his trust account statement for the six-month period prior to the filing of this action.  Plaintiff

20   has not filed an amended complaint or a certified copy of his trust-account statement, or

21   otherwise responded to the court's order.

22          Accordingly, it is hereby RECOMMENDED that this action be dismissed for plaintiff's

23   failure to prosecute.

24          These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

26   after being served with these findings and recommendations, any party may file written

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

4  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:  May 1, 2008.

6

7  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26